**Order entered January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00091-CR

### MARCIE LYNN MCCARTHY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB1052426-M**

## ORDER

The Court **GRANTS** court reporter Terri Foster Jones's January 23, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Jones to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE